requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2599. IN RE DISCIPLINE OF KING. Paul H. King, of La Union, Philippines, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2600. IN RE DISCIPLINE OF KING. Philip M. King, of Mercer Island, Wash., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2601. IN RE DISCIPLINE OF CRAMER. Stephen D. Cramer, of Federal Way, Wash., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2602. IN RE DISCIPLINE OF DROZ. Paul C. Droz, of Mesquite, Nev., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2603. IN RE DISCIPLINE OF LUONGO. Michael R. Luongo, of Margale City, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2604. IN RE DISCIPLINE OF CHAMBERS. William R. Chambers, of Scottsdale, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 10M115. CORSON v. MATTOX ET AL. Motion for leave to proceed as a seaman denied.

No. 10M116. VERDUGO v. UNITED STATES. Motion for leave to file petition for writ of certiorari under seal granted.